**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Guerrin SAINTIL, a.k.a. Ernest Maxino, Defendant–Appellant.**

**No. 08–10170**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 8, 2008.

Linda Collins Jensen, Mobile, AL, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

Linda Collins Jensen, appointed counsel for Guerrin Saintil in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Saintil's conviction and sentence are **AF-FIRMED.**